**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco CANALES–CARRAZCO, aka: Javier Canales–Carrazco, Javier Carnales Carrazco, Javier Carrasco Canales, Javier Canales, Francisco Carrazco Canalez, Defendant—Appellant.**

**No. 03–50112.**
**D.C. No. CR–01–00257–LGB–01.**

United States Court of Appeals, Ninth Circuit.

---

Submitted Oct. 11, 2005.*

Decided Oct. 19, 2005.

Elizabeth M. Fishman, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gretchen Fusilier, Carlsbad, CA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Francisco Canales–Carrazco appeals from the sentence imposed for his guilty-plea conviction for conspiracy to commit hostage taking, in violation of 18 U.S.C. §§ 371, 1203(a), hostage taking, in violation of 18 U.S.C. § 1203(a), and use and possession of a firearm in the commission of a violent crime, in violation of 18 U.S.C. § 924(c).

We remand to the district court for reconsideration of appellant's sentence in light of *United States v. Ameline,* 409 F.3d 1073, 1085 (9th Cir.2005) (en banc).

Appellant's motion for appointment of Spanish language interpreter is denied.

Because the sentencing judge is no longer available in this case, we vacate the sentence and remand for a full resentencing hearing. *See United States v. Sanders,* 421 F.3d 1044, 1051–52 (9th Cir.2005).

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the

---

SENTENCE VACATED and REMANDED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

